

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2018

No. 04-18-00613-CV

**IN THE INTEREST A. T., A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01707
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Pursuant to this court's September 10, 2018 order, the reporter's record was due in this court on September 20, 2018. On September 12, 2018, the court reporter filed a notification of late record asking for an extension of time to September 21, 2018. Thereafter, and prior to any ruling by this court on the requested extension, the reporter filed the record in this court on September 25, 2018. We therefore **DENY AS MOOT** the reporter's request for an extension of time.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court